

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2021

No. 04-21-00368-CV

Jeff E. **TINDALL**,
Appellant

v.

**KAHLIG AUTO GROUP MANAGEMENT LLC**, and North Park Lincoln Mercury, Inc.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-20779
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellee's motion for extension of time to file its brief is granted. We order appellee's brief due January 18, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2021.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court